# United States Bankruptcy Court
## Southern District of Texas

**In re:**

Frank  Simmons
Antoinette  Simmons

**Riddle & Williams, P.C.**

**Debtors**
**Plaintiffs**

**Defendant**

**Bankruptcy Case No.**
11-30313

**Adversary Proceeding No.**
13-03265

## SUMMONS IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to submit a motion or answer to the Complaint which is attached to this summons to the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its officers and agencies shall submit a motion or answer to the Complaint within 35 days.

**Address of Clerk:**

> BANKRUPTCY COURT CLERK
> P. O. Box 61010
> Houston TX 77208-1010

At this time, you must also serve a copy of the motion or answer upon the attorney of the Plaintiffs.

**Name and Addresses of Attorney for Plaintiffs:**

> Charles (Chuck) Newton
> Charles Newton & Associates
> 190 N. Millport Circle
> The Woodlands TX 77382-4015
> Fax 281-231-2987
> Email – chuck@chucknewton.net

If you make a motion, your time to answer is governed by Bankruptcy Rule 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND A JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THIS COMPLAINT.**

David J. Bradley
Clerk of the Bankruptcy Court

Dated: NOV 1 9 2013 _____

By: _____
**Deputy Clerk**